Walsh v Air & Liquid Sys. Corp. (2023 NY Slip Op 03637)

Walsh v Air & Liquid Sys. Corp.

2023 NY Slip Op 03637

Decided on June 30, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 30, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., CURRAN, MONTOUR, AND OGDEN, JJ.

507.1 CA 21-01801

[*1]MARY C. WALSH, EXECUTOR OF THE ESTATE OF MICHAEL W. WALSH, DECEASED, AND INDIVIDUALLY AS THE SURVIVING SPOUSE OF MICHAEL W. WALSH, PLAINTIFF-RESPONDENT,
v
AIR & LIQUID SYSTEMS CORPORATION, AS SUCCESSOR BY MERGER TO BUFFALO PUMPS, INC., ET AL., DEFENDANTS. XEROX CORPORATION, APPELLANT. 

WOODS OVIATT GILMAN LLP, ROCHESTER (JENNIFER M. SCHAUERMAN OF COUNSEL), FOR APPELLANT.
LIPSITZ & PONTERIO, LLC, BUFFALO (DENNIS P. HARLOW OF COUNSEL), FOR PLAINTIFF-RESPONDENT. 

 Appeal from an order of the Supreme Court, Monroe County (Erin P. Gall, J.), entered December 7, 2021. The order granted the motion of plaintiff for an order nunc pro tunc approving third-party settlements. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on March 23, 2023,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: June 30, 2023
Ann Dillon Flynn
Clerk of the Court